**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALKEM LABORATORIES LTD., S&B PHARMA, INC., AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD., BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC., CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD., LAURUS LABS LIMITED, LAURUS GENERICS INC., LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC., NANJING NORATECH PHARMACEUTICAL CO., LIMITED, TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. _____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

Date Patentee(s) Received Notice:

| Defendant(s) | Date of Notice Letter |
|---|---|
| ALKEM LABORATORIES LTD., S&B PHARMA, INC. | September 9, 2019 |
| AUROBINDO PHARMA USA INC., AUROBINDO PHARMA LTD. | September 6, 2019 |
| BIOCON PHARMA LIMITED, BIOCON LIMITED, BIOCON PHARMA, INC. | September 3, 2019 |
| CRYSTAL PHARMACEUTICAL (SUZHOU) CO., LTD. | September 4, 2019 |
| LAURUS LABS LIMITED, LAURUS GENERICS INC. | September 6, 2019 |
| LUPIN ATLANTIS HOLDINGS, S.A., LUPIN LIMITED, LUPIN INC., LUPIN PHARMACEUTICALS, INC. | September 3, 2019 |
| LUPIN LIMITED, LUPIN ATLANTIS HOLDINGS, S.A., LUPIN INC., LUPIN PHARMACEUTICALS, INC. | September 3, 2019 |
| NANJING NORATECH PHARMACEUTICAL CO., LIMITED | September 3, 2019 |
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD. | September 4, 2019 |
| TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD. | September 4, 2019 (Date letter received) |

Date of Expiration of Patents:

| U.S. Patent No. | Expiration Date |
|---|---|
| 8,101,659 | January 14, 2023 |
| 8,796,331 | January 14, 2023 |
| 8,877,938 | May 27, 2027 |
| 9,388,134 | November 8, 2026 |

Stay Deadline: July 7, 2023 (8 years from date of NDA approval, per 21 U.S.C. § 355(j)(5)(F)(ii) and 21 U.S.C. § 355a(b)(1)(A)(i)(I))

| | |
|---|---|
| Dated:  October 17, 2019 | MCCARTER & ENGLISH, LLP |
| | /s/ Daniel M. Silver<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>*dsilver@mccarter.com*<br>*ajoyce@mccarter.com* |
| | *Attorneys for Plaintiff Novartis Pharmaceuticals Corporation* |

OF COUNSEL:

Nicholas N. Kallas
Christina Schwarz
Christopher E. Loh
Susanne L. Flanders
Jared L. Stringham
Shannon K. Clark
Laura K. Fishwick
Gregory J. Manas
VENABLE LLP
1290 Avenue of the Americas
New York, New York 10104
(212) 218-2100
*nkallas@venable.com*
*cschwarz@venable.com*
*cloh@venable.com*
*slflanders@venable.com*
*jlstringham@venable.com*
*skclark@venable.com*
*lfishwick@venable.com*
*gjmanas@venable.com*