IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ENTRESTO (SACUBITRIL/VALSARTAN) PATENT LITIGATION | MDL No. 2930 |
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALKEM LABORATORIES LTD., et al.,<br><br>Defendants. | C.A. No. 19-1979 (LPS) |

**TORRENT DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS OF**
**<u>NONINFRINGEMENT OF THE '938 AND '134 PATENTS</u>**

Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent"), by and through their undersigned counsel, respectfully move pursuant to Fed. R. Civ. P. 12(c) for Judgment on the Pleadings of Noninfringement of the '938 and '134 Patents. The grounds for this Motion are more fully set forth in Torrent's Opening Brief in Support of its Motion for Judgment on the Pleadings, which is filed concurrently herewith. A proposed form of order is also submitted herewith.

| | |
|---|---|
| Dated: May 4, 2020 | SMITH, KATZENSTEIN & JENKINS, LLP |
| OF COUNSEL: | /s/ Eve H. Ormerod |
| | Neal C. Belgam (No. 2721) |
| Dmitry V. Shelhoff | Eve H. Ormerod (No. 5369) |
| Kenneth S. Canfield | 1000 West Street, Suite 1501 |
| Edward D. Pergament | Wilmington, DE  19801 |
| PERGAMENT & CEPEDA LLP | (302) 652-8400 |
| 89 Headquarters Plaza | nbelgam@skjlaw.com |
| North Tower, 14th Floor, Suite 1465 | eormerod@skjlaw.com |
| Morristown, NJ 07960 | |
| (973) 998-7722 | *Attorneys for Defendants Torrent Pharma,* |
| dshelhoff@pergamentcepeda.com | *Inc., and Torrent Pharmaceuticals, Ltd.* |
| kcanfield@pergamentcepeda.com | |
| epergament@pergamentcepeda.com | |