**HEYMAN ENERIO GATTUSO & HIRZEL LLP**
PRACTICING THE ART OF LAW

300 DELAWARE AVENUE • SUITE 200 • WILMINGTON, DELAWARE 19801
TEL: (302) 472 7300 • FAX: (302) 472.7320 • WWW.HEGH.LAW

Direct Dial: (302)472-7311
Email: dgattuso@hegh.law

July 22, 2020

**VIA CM-ECF**
The Honorable Leonard P. Stark
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3570

Re:   *In re: Entresto (Sacubitril/ Valsartan),* MDL Docket No. 20-md-2930-LPS;
C.A. No. 1:19-cv-01979-LPS

Dear Chief Judge Stark:

    I write on behalf of the parties in the above-referenced action to respectfully request that the Court schedule a Rule 16(b) Scheduling Conference at the earliest convenience of the Court. Consistent with the Court's procedures, the parties have exchanged multiple drafts of a proposed Scheduling Order since June 3, 2020, and met and conferred on July 11 in an effort to resolve several disputes, after which they exchanged additional drafts. Unfortunately, to date, the parties have not been able to reach an agreement on certain issues. The parties have also met and conferred regarding a proposed Protective Order, but have been unable to reach agreement on certain issues. To aid the Court, the parties anticipate that they will be in a position to submit a proposed Scheduling Order and proposed Protective Order with the disputed areas highlighted for the Court's consideration shortly after the Court sets a date for the Rule 16(b) conference. As the parties will have completed their meet and confer efforts on the proposed Protective Order, the parties respectfully request that the Court conduct a discovery conference on the Protective Order issues at the same time as the scheduling conference.

Respectfully,

*/s/ Dominick T. Gattuso*

Dominick T. Gattuso (#3630)

DTG/ram
cc:   All counsel of record (via CM-ECF)