NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re ENTRESTO (SACUBITRIL/VALSARTAN)**

---

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.**
*Defendants-Appellees*

---

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS INC.,**
*Defendants*

---

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

2 NOVARTIS PHARMACEUTICALS CORPORATION v. TORRENT PHARMA INC.

**MSN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD., MSN LIFE SCIENCES PRIVATE LTD.,**
*Defendants-Appellees*

**HETERO USA, INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-III,**
*Defendants*

_____

2023-2218, 2023-2219, 2023-2220, 2023-2221

_____

Appeals from the United States District Court for the District of Delaware in Nos. 1:19-cv-01979-RGA, 1:19-cv-02021-RGA, 1:19-cv-02053-RGA, 1:19-cv-02053-RGA, and 1:20-md-02930-RGA, Judge Richard G. Andrews.

_____

**ON MOTION**

_____

PER CURIAM.

**O R D E R**

Pursuant to Rule 8 of the Federal Rules of Appellate Procedure, Novartis Pharmaceuticals Corporation ("Novartis") submits a motion to enjoin, pending appeal, MSN Pharmaceuticals, Inc., MSN Laboratories Private Ltd., and MSN Life Sciences Private Ltd. (collectively, "MSN") from commercial marketing and sale of their generic version of Novartis's Entresto® product. Novartis also requests a temporary injunction pending consideration of the Rule 8 motion, and notes that the parties have agreed to a briefing schedule for the Rule 8 motion.

Upon consideration thereof,

| NOVARTIS PHARMACEUTICALS CORPORATION v. TORRENT PHARMA INC. | 3 |
|---|---|

IT IS ORDERED THAT:

(1) MSN is directed to respond to Novartis's motion no later than August 16, 2024, and any reply is due no later than August 19, 2024.

(2) MSN is temporarily enjoined from commercial marketing and sale of their generic version of Entresto® while the court considers the Rule 8 motion.

FOR THE COURT

August 14, 2024
Date

Jarrett B. Perlow
Clerk of Court