IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | ) ) MDL No. 20-2930-RGA ) ) |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LTD., <br><br> Defendants. | ) ) ) ) ) C.A. No. 19-1979-RGA ) ) ) ) ) PUBLIC VERSION FILED: August 30, 2024 ) ) ) |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> TORRENT PHARMA INC. and TORRENT PHARMACEUTICALS LTD., <br><br> Defendants. | ) ) ) ) ) C.A. No. 21-1794-RGA ) ) ) ) ) ) ) |

**NOVARTIS'S AND TORRENT'S JOINT MOTION TO
VACATE JUDGMENT AS TO TORRENT PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 62.1 AND 60(b)**

Pursuant to Federal Rules of Civil Procedure 62.1 and 60(b), Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent"), respectfully request that this Court enter an order

1

vacating the following orders entered on the docket in MDL No. 20-2930-RGA and Civil Action No. 19-cv-1979-RGA, as applicable to Novartis's claims against Torrent: (1) the July 7, 2023 opinion invalidating U.S. Patent No. 8,101,659 ("the '659 Patent") (MDL No. 20-2930-RGA, D.I. 1099; C.A. No. 19-1979-RGA, D.I. 646) and (2) the July 21, 2023 '659 Patent Judgment (MDL No. 20-2930-RGA, D.I. 1120; C.A. No. 19-1979-RGA, D.I. 649). The [Proposed] Order of Vacatur is attached as Exhibit A (*see also* MDL No. 20-2930-RGA, D.I. 1406, Exhibit A).

On July 10, 2024, this Court entered an order (MDL No. 20-2930-RGA, D.I. 1406) stating that, if the Federal Circuit were to grant a limited remand of appeal Nos. 23-2218 (as to Torrent only) and 23-2219, it would enter the [Proposed] Order of Vacatur attached as Exhibit A. On August 22, 2024, the Federal Circuit remanded appeal Nos. 23-2218 (as to Torrent only) and 23-2219 to allow this Court to vacate the above-referenced documents.

**WHEREFORE**, Novartis and Torrent jointly respectfully request, pursuant to Federal Rules of Civil Procedure 62.1 and 60(b), that this Court grant Novartis's and Torrent's joint motion to vacate the following orders entered on the docket in MDL No. 20-2930-RGA and Civil Action No. 19-1979-RGA, as applicable to Novartis's claims against Torrent: (1) the July 7, 2023 opinion invalidating the '659 Patent (MDL No. 20-2930-RGA, D.I. 1099; C.A. No. 19-1979-RGA, D.I. 646) and (2) the July 21, 2023 '659 Patent Judgment (MDL No. 20-2930-RGA, D.I. 1120; C.A. No. 19-1979-RGA, D.I. 649).

Respectfully submitted,

| MCCARTER & ENGLISH, LLP | SMITH, KATZENSTEIN, & JENKINS LLP |
|---|---|
| */s/ Alexandra M. Joyce* | /s/ *Neal C. Belgam* |
| Daniel M. Silver (#4758) | Neal C. Belgam (#2721) |
| Alexandra M. Joyce (#6423) | Daniel A. Taylor (#6934) |
| Renaissance Centre | 1000 West Street, Suite 1501 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 652-8400 |
| (302) 984-6300 | nbelgam@skjlaw.com |
| dsilver@mccarter.com | dtaylor@skjlaw.com |
| ajoyce@mccarter.com | |
| | OF COUNSEL: |
| OF COUNSEL: | Dmitry V. Shelhoff |
| Nicholas N. Kallas | Kenneth S. Canfield |
| Christina Schwarz | Edward D. Pergament |
| Christopher E. Loh | Julia S. Kim |
| Susanne L. Flanders | PERGAMENT & CEPEDA LLP |
| Jared L. Stringham | 25A Hanover Road |
| Shannon K. Clark | Florham Park, NJ 07932 |
| Laura K. Fishwick | (973) 998-7722 |
| Gregory J. Manas | dshelhoff@pergamentcepeda.com |
| VENABLE LLP | kcanfield@pergmanentcepeda.com |
| 151 West 42nd Street | epergament@pergamentcepeda.com |
| New York, New York 10036 | jkim@pergamentcepeda.com |
| (212) 307-5500 | |
| nkallas@venable.com | *Attorneys for Defendants* |
| cschwarz@venable.com | *Torrent Pharma Inc.* |
| cloh@venable.com | *and Torrent Pharmaceuticals Ltd.* |
| slflanders@venable.com | |
| jlstringham@venable.com | |
| skclark@venable.com | |
| lfishwick@venable.com | |
| gjmanas@venable.com | |

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

3

ME1 49537295v.1

**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re Entresto (Sacubitril/Valsartan) Patent Litigation | MDL No. 20-2930-RGA |
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD., <br><br> Defendants. | C.A. No. 19-1979-RGA |

### [PROPOSED] ORDER

**THIS MATTER** having been moved, jointly, by attorneys for Plaintiff Novartis Pharmaceuticals Corporation ("Novartis") and Defendants Torrent Pharma Inc. and Torrent Pharmaceuticals Ltd. (collectively, "Torrent"), and the Court having considered all papers submitted in support of this motion and for good cause shown;

The Court hereby vacates the following orders entered on the docket in MDL No. 20-2930-RGA and Civil Action No. 19-1979-RGA as applicable to Novartis's claims against Torrent: (1) the July 7, 2023 opinion invalidating U.S. Patent No. 8,101,659 ("the '659 Patent") (MDL No. 20-2930-RGA, D.I. 1099; C.A. No. 19-1979-RGA, D.I. 646), and (2) the July 21, 2023 '659 Patent Judgment (MDL No. 20-2930-RGA, D.I. 1120; C.A. No. 19-1979-RGA, D.I. 649).

**IT IS SO ORDERED.**

Dated: _____              _____

                                                            United States District Judge