NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,**
*Defendants-Appellees*

---

2023-2219

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-01979-RGA, Judge Richard G. Andrews.

---

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal of this appeal, pursuant to Federal Rule of Appellate Procedure 42(b)(1), ECF No. 18,

IT IS ORDERED THAT:

(1)  The appeal is voluntarily dismissed.

2       NOVARTIS PHARMACEUTICALS CORPORATION v. TORRENT PHARMA INC.

(2)  Each side shall bear its own costs.

FOR THE COURT

September 3, 2024　　　　　　　　　　　　　　Jarrett B. Perlow
      Date　　　　　　　　　　　　　　　　　　　Clerk of Court

ISSUED AS A MANDATE:  September 3, 2024