AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **for the District of Delaware** on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>19-1979-RGA | DATE FILED<br>10/17/2019 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>Novartis Pharmaceuticals Corporation | | DEFENDANT<br>Alkem Laboratories Ltd., et al. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,101,659 | 1/24/2012 | Novartis Pharmaceuticals Corporation |
| 2 | 8,796,331 | 8/5/2014 | Novartis Pharmaceuticals Corporation |
| 3 | 8,877,938 | 11/4/2014 | Novartis Pharmaceuticals Corporation |
| 4 | 9,388,134 | 7/12/2016 | Novartis Pharmaceuticals Corporation |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED<br>2/6/2020 | INCLUDED BY<br>☐ Amendment   ☑ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | 7,468,390 | 12/23/2008 | Novartis AG |
| 2 | 8,404,744 | 3/26/2013 | Novartis AG |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

**DECISION/JUDGEMENT**

see attached Mandate

| CLERK<br>Randall C. Lohan | (BY) DEPUTY CLERK<br>N. Selmyer | DATE<br>9/9/2024 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy