NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

IN RE: ENTRESTO (SACUBITRIL/VALSARTAN)

———————————

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.**
*Defendants*

———————————

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS INC.,**
*Defendants*

———————————

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

2    NOVARTIS PHARMACEUTICALS CORPORATION v. TORRENT PHARMA INC.

**MSN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD., MSN LIFE SCIENCES PRIVATE LTD.,**
*Defendants-Appellees*

**HETERO USA, INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-III,**
*Defendants*

---

2023-2218, 2023-2220, 2023-2221

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:19-cv-01979-RGA, 1:19-cv-02021-RGA, 1:19-cv-02053-RGA, 1:19-cv-02053-RGA, 1:20-md-02930-RGA, Judge Richard G. Andrews.

---

## ON MOTION

---

Before LOURIE, PROST, and REYNA, *Circuit Judges*.

PER CURIAM.

## O R D E R

On August 13, 2024, Novartis Pharmaceuticals Corporation ("Novartis") moved pursuant to Federal Rule of Appellate Procedure 8 to enjoin, pending appeal, MSN Pharmaceuticals, Inc., MSN Laboratories Private Ltd., and MSN Life Sciences Private Ltd. (collectively, "MSN") from the commercial marketing and sale of its generic version of Novartis's Entresto® product.  ECF No. 63.

On August 14, 2024, this court temporarily enjoined MSN from the commercial marketing and sale of its generic version of Entresto while the court considered the Rule 8 motion.  ECF No. 65.

NOVARTIS PHARMACEUTICALS CORPORATION v. TORRENT PHARMA INC.     3

On January 9, 2025, Novartis moved to clarify and continue the temporary injunction until the U.S. Food and Drug Administration resets the pediatric-exclusivity period for Entresto. ECF No. 105.

On January 10, 2025, the court entered judgment resolving the underlying appeal. ECF No. 107.

Upon consideration of Novartis's motion,

IT IS ORDERED THAT:

(1) The Rule 8 motion, ECF No. 63, is denied as moot.

(2) The motion to clarify and continue the temporary injunction, ECF No. 105, is denied.

(3) The temporary relief provided in the court's August 14, 2024 order is lifted.

FOR THE COURT

January 10, 2025
Date

Jarrett B. Perlow
Clerk of Court