# United States Court of Appeals for the Federal Circuit

---

**IN RE: ENTRESTO (SACUBITRIL/VALSARTAN)**

---

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.**
*Defendants*

---

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS INC.,**
*Defendants*

---

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**MSN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD., MSN LIFE SCIENCES PRIVATE LTD.,**
*Defendants-Appellees*

**HETERO USA, INC., HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-III,**
*Defendants*

---

2023-2218, 2023-2220, 2023-2221

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:20-md-02930-RGA, 1:19-cv-01979-RGA, 1:19-cv-02021-RGA, 1:19-cv-02053-RGA, Judge Richard G. Andrews.

---

## MANDATE

---

In accordance with the judgment of this Court, entered January 10, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT



April 1, 2025
Date

Jarrett B. Perlow
Clerk of Court