# United States Court of Appeals for the Federal Circuit

_____

**IN RE: ENTRESTO (SACUBITRIL/VALSARTAN)**

-------------------------------------------------

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.**
*Defendants*

-------------------------------------------------

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**ALEMBIC PHARMACEUTICALS LIMITED, ALEMBIC PHARMACEUTICALS INC.,**
*Defendants*

-------------------------------------------------

**NOVARTIS PHARMACEUTICALS CORPORATION,**
*Plaintiff-Appellant*

v.

**MSN PHARMACEUTICALS, INC., MSN LABORATORIES PRIVATE LTD., MSN LIFE SCIENCES PRIVATE LTD.,**
*Defendants-Appellees*

HETERO USA, INC., HETERO LABS LIMITED,
HETERO LABS LIMITED UNIT-III,

*Defendants*

———————

2023-2218, 2023-2220, 2023-2221

———————

Appeals from the United States District Court for the District of Delaware in Nos. 1:20-md-02930-RGA, 1:19-cv-01979-RGA, 1:19-cv-02021-RGA, 1:19-cv-02053-RGA, Judge Richard G. Andrews.

———————

**JUDGMENT**

———————

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART, REVERSED IN PART**

FOR THE COURT

January 10, 2025
Date

Jarrett B. Perlow
Clerk of Court